#11091304
$2210.63
MZM
2/7/2011

# AARON, DAUTCH, STERNBERG & LAWSON, LLP

WILLIAM E. LAWSON
ROBERT C. BOEHM
FRANCIS P. WEIMER

COUNSELLORS AT LAW
CONVENTION CENTER TOWER
43 COURT STREET • SUITE 730
BUFFALO, NEW YORK 14202-3172
TEL: (716) 854-3015
FAX: (716) 854-1716

HOWARD AARON
(1892-1952)
CHARLES DAUTCH
(1898-1979)
LOUIS STERNBERG
(1908-1996)

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office,
based on where the case is venued)*

Re:  (Case Name) __DOLORES R. BAUER__  /Case # __03-19356K__
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ __2,210.63__ . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

_____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant __CITIFINANCIAL__  Amount $ __2,210.67__  Claims Register # __15__

Claimant _____  Amount $ _____  Claims Register # _____

Claimant _____  Amount $ _____  Claims Register # _____

Claimant _____  Amount $ _____  Claims Register # _____

Trustee Name



FILED
FEB - 7 2011
BANKRUPTCY COURT
BUFFALO